| Asset / Item ID | Description |
| --- | --- |
| 19-ATF-035409 | Sig Sauer (SIG-ARMS) 1911 Pistol CAL:45 SN:54B029889 |
| 19-ATF-035414 | Glock Inc. 43 Pistol CAL:9 SN:ABXL909 |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| 19-ATF-035419 | Glock GMBH 22 Pistol CAL:40 SN:HNT719 |
| 19-ATF-035421 | Savage Arms Inc. (CD) 64 Rifle CAL:22 SN:1602678 |
| 19-ATF-035423 | Mossberg 500 Shotgun CAL:12 SN:V0148479 |
| 19-ATF-035424 | Ruger GP100 Revolver CAL:357 SN:177-62135 |
| 19-ATF-035425 | Smith & Wesson SD9VE Pistol CAL:9 SN:HEN8712 |
| 19-ATF-035427 | Glock Inc. 23 Pistol CAL:40 SN:AAKT629 |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| 19-ATF-035429 | Glock GMBH 19 Pistol CAL:9 SN:NZL802 |
| 19-ATF-035430 | Sig Sauer (Sig-Arms) 1911 C3 Pistol CAL:45 SN:GS48516 |
| 19-ATF-035433 | Glock Inc. 30S Pistol CAL:45 SN:ULF059 |
| 19-ATF-035434 | Kral AV Sanayi Raptor Shotgun CAL:20 SN:KRA016877 |
| 19-ATF-035436 | Spike's Tactical LLC SL15 Rifle CAL:Multi SN:SAR21456 |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| 19-ATF-035438 | Sig Sauer (SIG-ARMS) P938 SAS Pistol CAL:9 SN:52B081114 |
| 19-ATF-035439 | Beretta USA Corp U22 NEOS Pistol CAL:22 SN:R69560 |
| 19-ATF-035440 | Colt M4 Carbine Rifle CAL:556 SN:LE136871 |
| 19-ATF-035441 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE |
| ▮▮▮▮▮ | ▮▮▮▮▮ |
| 19-ATF-035472 | Smith & Wesson 686 Revolver CAL:357 SN:BRK2892 |
| 19-ATF-035476 | Springfield Armory, Geneseo, IL SOCOM 16 Rifle CAL:308 SN:380679 |
| 19-ATF-035479 | Heritage MFG. INC. Rough Rider Revolver CAL:22 SN:154550 |
| 19-ATF-035483 | Unknown Manufacturer Unknown Receiver/Frame CAL:Unknown SN:NONE |
| 19-ATF-035489 | Howa 1500 Rifle CAL:308 SN:B189149 |
| 19-ATF-035490 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE |
| 19-ATF-035492 | Unknown Manufacturer Unknown Pistol CAL:Unknown SN:NONE |
| 19-ATF-035493 | 7 Rounds Assorted Ammunition CAL:9 |
| 19-ATF-035494 | 8 Rounds Assorted Ammunition CAL:9 |



EXHIBIT A